**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 1572** |

**ORDER (THIRD) FURTHER EXTENDING TIME TO EFFECTUATE SERVICE
OF PROCESS IN CERTAIN ADVERSARY PROCEEDINGS**

Upon the third motion (the "Motion")[2] of the PCT Litigation Trust for entry of an order (this "Order") further extending the time to effectuate service of process through and including August 10, 2026 in the adversary proceedings listed on **Exhibit 1** hereto, as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and Article 12 of the Plan; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

---

[1]    The debtors in the Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528) (collectively, the "Debtors" or "Prime"). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is GRANTED as set forth herein.

2.      PCT's deadline to serve a summons and complaint in each of the Adversary Proceedings listed on **Exhibit 1** hereto is hereby extended through and including August 10, 2026.

3.      Entry of this Order shall be without prejudice to PCT's right to seek a further extension of the time to serve summonses and complaints in the Adversary Proceedings.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      PCT is authorized to take all actions necessary to implement the relief granted in this Order.

6.      The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: June 8th, 2026
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

2

**EXHIBIT 1**

**<u>Adversary Proceedings</u>**

| Adv. Proc. No. | Defendant(s) |
|---|---|
| 25-51979 | AC Holding (Australasia) Pty Ltd., |
| 25-51980 | Alpha Node Limited |
| 25-51981 | Coast Software LLC |
| 25-51982 | CoinMetro Group OU; CoinMetro OU |
| 25-51983 | Compass Bank & Trust Corporation |
| 25-51984 | FXX Trading Limited |
| 25-51985 | Global Internet Ventures Pty Ltd. ; E.U. Internet Ventures B.V. |
| 25-51986 | Koi Trading Systems, Inc.* |
| 25-51987 | NetCents Technology Inc. |
| 25-51989 | Pagotec Consultancy Ltd. * |
| 25-51990 | Shima Capital LLC; Shima Capital Management LLC |
| 25-52011 | East Goodnews Limited * |
| 25-52033 | Blocktown Technology Limited; Capital Union Bank; Ti Wei Chen; Yu Shin Chen; Xu Chenning; Kajornsart Chotipanjarat; Coda Lab Ltd; Jana Clarene Cruz Fabros; Raymond Ryan Fabros; Xueyan Fan; Georgi Georgiev; Jen Hao Wang; Tzu-Yun Huang;  Huobi Global Limited; Kbit Global Limited;  Yang Le; Seungjae Lee; Chengbo Li; Yi-Chen Lin; Chun Lok Lau; Ma Mingguo; Toby Rainthorpe; SCCAC Co Ltd; Siam Commercial Bank PCL; Signature Trust Management PTE Ltd; Spparts Tech Inc; Tongbao LLC; Matthew Vader; Hsuanju Wang; Li Wangjian; Xin Xie; Xie Yijun; Zhu Yinfeng; Yu Zhang; Yuanjie Zhang |
| 25-52034 | Bitcoin Solutions Inc. dba Gift Card Solutions |
| 25-52035 | Banco Santander De Negocios Columbia; Capital Union Bank; Kuehne Davis Law; Regolith Capital Statutory Trust |
| 25-52036 | F.V. Bank International, Inc. |
| 25-52037 | Timothy Howard |

---

* The Trust is pursuing a default judgment against this defendant.

| Adv. Proc. No. | Defendant(s) |
| --- | --- |
| 25-52038 | Autonomous Partners; Finixio Ltd. |
| 25-52039 | Texas Capital Bank |
| 25-52040 | Buckzy Payments Inc.; Mastercard International Inc.; SGM Foreign Exchange Ltd. |
| 25-52041 | Actick ( DE ) Trading Limited; Meltpartners International Limited |
| 25-52042 | Thomas DiSalvo |
| 25-52043 | FXDirect Dealer LLC; Suk Ching Che |
| 25-52044 | Apollo Crypto Market Neutral Fund Ltd.; B2C2 Overseas Ltd.; BNXA USA Operating Inc.; EU Internet Ventures B.V.; Fenwick & West LLP; Lind Global Fund II LP |
| 25-52045 | Shaofan Zhang; Youliang Qiu |
| 25-52046 | Christopher Burnett; Dmarket Inc.; Dustin Holden |
| 25-52048 | Avilac Inc.; Eagle Communication Trade Co. Ltd.; Games to Go, LLC; HongKong Bishop Technology Co. Lim.; Ignite International Ltd.; InTech Electronic Co. Limited; M&M Global Enterprises LLC; Ritech Smart Technology Limited; Yellow Spot Communications Limited; Yue Xin Electric Technology Limited |
| 25-52049 | Artela Inc.; Shima Capital A LLC; Shima Capital Blocker LLC; Shima Capital QP LLC |
| 25-52051 | 5W Public Relations LLC; Calmes and Co; Green Fusion, LLC; GroupGifting com Inc. dba eGifter; Ifrah. PLLC; Incruises International LLC; LEVEL 1 HOLDINGS LTD.; Michael Joseph Biedronski; Nium PTE Limited; POO MARKETING PTE LTD; Sourcesense Limited; Spinach Creative Limited; The Evil Geniuses EG LLC; and The Moment Lab Inc. |
| 25-52055 | Cloudun (HK) Tech Limited; CVJ Ltd.; Etana Custody Inc.; Inlida Limited; Li Kam Ho; Mitrade Holding Ltd.; Synpex International Co., Limited; Xiao Ling; Yongxiong Ruand |
| 25-52056 | Li Canal Holdings Limited |
| 25-52057 | Reap Technologies Limited |
| 25-52058 | WeBuild.VC, LLC |
| 25-52060 | Galaxy Digital Trading Cayman LLC and Morgan Stanley |

| Adv. Proc. No. | Defendant(s) |
|---|---|
| 25-52061 | Morgan Stanley |